JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DC AUTO INC. dba ALLSTAR KIA, | CASE NO. CV 15-8220-AB (GJSx) |
| Plaintiff, | **ORDER** |
| vs. | |
| FEDERATED MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

[PROPOSED] ORDER

## <u>ORDER</u>

Good cause appearing, IT IS ORDERED THAT:

1.      This action be immediately remanded to the Los Angeles County Superior Court, East District;

2.      Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action;

3.      This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar; and

4.      The time for Defendants to file a response to Plaintiff's complaint will be in accordance with Code of Civil Procedure § 430.90.


Dated: November 3, 2015                    _____

                                           Hon. André Birotte Jr.
                                           United States District Judge